83,514-01

Mario Meza #242299
Galveston County Jail
5700 Ave H
Galveston Tx 77551
7-21-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

Clerk, Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711

Dear Sir:

RE: Ex Parte Mario G. Meza
CASE NUMBER: WR-83,514-01
Court of Criminal Appeals, Austin, Texas

I am writing to inform you that I have been bench warrant back to Galveston County Jail in Galveston, Tx to handle a child support case. I will be returning back to the Texas Department of Criminal Justice (T.D.C.J) as soon as the matters here are reslove. But for now I need to up date the courts of my new address as written at the top of this page. Could you please send me something showing that you have received this letter. Thank you for your kind assistance in this matter.

Sincerely,

Mario Meza.